UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD ELLIOTT STEWART,                )
                                       )
        Plaintiff,                    )   Case No. 1:14-cv-614
                                       )
v.                                     )   Honorable Paul L. Maloney
                                       )
COMMISSIONER OF                        )
SOCIAL SECURITY,                       )
                                       )
        Defendant.                    )
_____)

**JUDGMENT**

In accordance with the opinion filed this date:

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is AFFIRMED.


Dated:  September 21, 2015          /s/ Paul L. Maloney
                                    Paul L. Maloney
                                    United States District Judge